# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| KEVIN HEGWOOD, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:11-CV-292-WCL-PRC |
| | ) | |
| LIGHTHOUSE RECOVERY | ) | |
| ASSOCIATES, LLC., | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant Lighthouse Recovery Associates, LLC's Notice of Enlargement of Time to Respond to Discovery Requests of Plaintiffs [DE 18], filed by Defendant on December 15, 2011. In the instant Notice, Defendant represents that the parties have agreed that Defendant shall have an extension of time of twenty-eight days to respond to Plaintiff's discovery requests.

Local Rule 6.1(a) provides:

> In every civil action pending in this court in which a party wishes to obtain *an initial extension of time* not exceeding twenty-eight (28) days within which to file a responsive pleading or a response to a written request for discovery or request for admission, the party shall contact counsel for the opposing party and solicit opposing counsel's agreement to the extension. In the event opposing counsel does not object to the extension or cannot with due diligence be reached, the party requesting the extension shall file a notice with the Court reciting the lack of objection to the extension by opposing counsel or the fact that opposing counsel could not with due diligence be reached. No further filings with the court nor action by the court shall be required for the extension. . . .

N.D. Ind. L.R. 6.1(a) (emphasis added). "Any other request for an extension of time, unless made in open court or at a conference, shall be made by written motion." L.R. 6.1(b).

This is Defendant's third request for an extension of time. Therefore, a motion, not a notice, is required. Nonetheless, because the parties agree to the extension of time, in the interests of justice the Court will construe the instant Notice as a Motion.

Accordingly, the Court hereby **GRANTS** the Defendant Lighthouse Recovery Associates, LLC's Notice of Enlargement of Time to Respond to Discovery Requests of Plaintiffs [DE 18], and **ORDERS** that Defendant shall have through **January 13, 2012**, within which to respond to Plaintiff's discovery requests.

Defendant is **CAUTIONED** that failure to comply with the Local Rules may result in future filings being stricken from the record.

SO ORDERED this 16th day of December, 2011.

 s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:   All counsel of record