UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN HEGWOOD<br>    Plaintiff<br><br>v.<br><br>LIGHTHOUSE RECOVERY ASSOCIATES, LLC<br>    Defendant. | )<br>)<br>) CASE NO. 2:11-CV-292<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION
## FOR JUDGMENT ON THE PLEADINGS

Comes now Defendant, Lighthouse Recovery Associates, LLC, by counsel, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, moves for judgment on the pleadings. In support of this Motion, Defendant contemporaneously files its Brief in Support of Motion for Judgment on the Pleadings.

WHEREFORE, Defendant, Lighthouse Recovery Associates, LLC, prays that the Court enter judgment on the pleadings and for all other just and proper relief.

                                        KIGHTLINGER & GRAY, LLP

                                        By    s/ *Peter A. Velde*
                                                Peter A. Velde
                                                Attorney I.D. No. 949-49

                                        By    s/ *Nicholas W. Levi*
                                                Nicholas W. Levi
                                                Attorney I.D. No. 24278-53
                                                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 22, 2011, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Michael Agruss
>Krohn & Moss, Ltd
>10 N. Dearborn Street, 3rd Floor
>Chicago, IL 60602
>Email: magruss@consumerlawcenter.com

              s/ *Nicholas W. Levi*
              Nicholas W. Levi

KIGHTLINGER & GRAY, LLP
Market Square Center, Suite 600
151 North Delaware Street
Indianapolis, Indiana 46204
Telephone: 317-638-4521