UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| KEVIN HEGWOOD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:11-CV-292-WCL-PRC |
| | ) | |
| LIGHTHOUSE RECOVERY | ) | |
| ASSOCIATES, LLC., | ) | |
|     Defendant. | ) | |

## ORDER

This matter is before the Court on a Plaintiff's Notice of Substitution of Counsel and Request to Withdraw Michael Agruss's Appearance [DE 26], filed by Attorney Michael S. Agruss on February 21, 2012. Agruss seeks to withdraw his representation as counsel for Plaintiff. Other counsel has entered his appearance on behalf of Plaintiff in this case.

Local Rule 83-8 does not provide for the substitution of counsel. It provides, "To withdraw an appearance, attorneys must file a *motion* requesting leave to do so." N.D. Ind. L.R. 83-8(c). However, because another attorney has entered his appearance on behalf of Plaintiff and Attorney Agruss does request leave of Court to withdraw, the Court will construe the instant Notice as a Motion to Withdraw.

Accordingly, the Court hereby **GRANTS** the Plaintiff's Notice of Substitution of Counsel and Request to Withdraw Michael Agruss's Appearance [DE 26] and **ORDERS** that the appearance of Attorney Michael S. Agruss is **WITHDRAWN** as counsel for Plaintiff.

SO ORDERED this 22nd day of February, 2012.

                                                 s/ Paul R. Cherry
                                                MAGISTRATE JUDGE PAUL R. CHERRY
                                                UNITED STATES DISTRICT COURT

cc:     All counsel of record