AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| Kevin Hegwood | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:11cv292 |
| Lighthouse Recovery Associates LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   judgment is entered in favor of the defendant, Lighthouse Recovery Associates LLC.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   William C Lee   on a motion for Judgment on the Pleadings.

.

Date:  3/1/2012                                         *CLERK OF COURT*

                                                        s/Teresa Castillo
                                                        *Signature of Clerk or Deputy Clerk*